AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

Donald J. Thompson
Plaintiff

v.

Scott E. Kasprenski, et al.
Defendant(s)

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 08 - 195

I, Donald J. Thompson, declare that I am the (check appropriate box)

• ✓ Petitioner/Plaintiff/Movant    • • Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   •✓Yes   • •No   (If "No" go to Question 2)

   If "YES" state the place of your incarceration  Delaware Correctional Center

   **Inmate Identification Number (Required):** 326474

   Are you employed at the institution? no  Do you receive any payment from the institution? no

   *Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions*

2. Are you currently employed?   • •Yes   •✓No

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | • • | ✓ |
   | b. | Rent payments, interest or dividends | • • | ✓ |
   | c. | Pensions, annuities or life insurance payments | • • | ✓ |
   | d. | Disability or workers compensation payments | •✓ | • |
   | e. | Gifts or inheritances | •✓ | • • |
   | f. | Any other sources | • • | ✓ |

   If the answer to any of the above is "YES" describe each source of money and state the amount received *AND* what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

I receive money from my family while I am incarcerated. I expect to receive as much as they can afford to send me. I am unsure exactly how much I received over the course of a year.

4. Do you have any cash or checking or savings accounts?   • • Yes   ✓ No

   If "Yes" state the total amount $ 0

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   • • Yes   ✓ No

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state *NONE* if applicable.

Myself. I purchase food and cosmetics and support myself by money given to me by my family. It cost between $40 - $80 a month.

I declare under penalty of perjury that the above information is true and correct.

3/31/2008
DATE

SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

# CERTIFICATE
(Incarcerated applicants only)
*(To be completed by the institution of incarceration)*

I certify that the applicant named herein has the sum of $ __83.20__ on account his/her credit at (name of institution) __Delaware Correctional Center__.

I further certify that the applicant has the following securities to his/her credit:
_____

I further certify that during the past six months the applicant's average monthly balance was $ __131.45__

and the average monthly deposits were $ __38.33__

__1/14/08__  
Date

__Stacy Slane__  
Signature of Authorized Officer

*(NOTE THE REQUIREMENT IN ITEM 1 FOR THE INMATE TO OBTAIN AND ATTACH LEDGER SHEETS OF ACCOUNT TRANSACTIONS OVER THE PAST SIX MONTH PERIOD. LEDGER SHEETS ARE NOT REQUIRED FOR CASES FILED PURSUANT TO 28:USC §2254)*

**RECEIVED-DCC**

**JAN 14 2008**

**SUPPORT SERVICES MANAGER**

**Individual Statement**
**From July 2007 to December 2007**

| Date Printed: 1/14/2008 | | | | | | | | Page 1 of 2 |
|---|---|---|---|---|---|---|---|---|
| SBI 00326474 | Last Name THOMPSON | First Name DONALD | MI | Suffix | | Beginning Month Balance: | $171.52 | |
| Current Location: 21 | | | Comments: | | | Ending Month Balance: | $83.20 | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 7/3/2007 | ($14.78) | $0.00 | $0.00 | $156.74 | 451047 | | | |
| Canteen | 7/17/2007 | ($13.54) | $0.00 | $0.00 | $143.20 | 457051 | | | |
| Supplies-MailPosta | 7/19/2007 | ($0.41) | $0.00 | $0.00 | $142.79 | 459335 | | | |
| Mail | 7/27/2007 | $30.00 | $0.00 | $0.00 | $172.79 | 462840 | 5664327464 | 6/11/07 | S JONES |
| Canteen | 8/1/2007 | ($14.81) | $0.00 | $0.00 | $157.98 | 464223 | | | |
| Pay-To | 8/8/2007 | ($6.00) | $0.00 | $0.00 | $151.98 | 468685 | | PROTHONOTARY | |
| Supplies-MailPosta | 8/10/2007 | $0.00 | $0.00 | ($0.41) | $151.98 | 469928 | | 6/21/07 | |
| Supplies-MailPosta | 8/10/2007 | ($0.41) | $0.00 | $0.00 | $151.57 | 470507 | | 6/21/07 | |
| Canteen | 8/14/2007 | ($20.99) | $0.00 | $0.00 | $130.58 | 471410 | | | |
| Supplies-MailPosta | 8/14/2007 | $0.00 | $0.00 | ($0.97) | $130.58 | 471689 | | | |
| Mail | 8/17/2007 | $25.00 | $0.00 | $0.00 | $155.58 | 473069 | 5684327517 | 7/22/07 | S JONES |
| Supplies-MailPosta | 8/17/2007 | ($0.97) | $0.00 | $0.00 | $154.61 | 473578 | | 7/22/07 | |
| Mail | 8/23/2007 | $30.00 | $0.00 | $0.00 | $184.61 | 476101 | 5647709092 | | B MAPP |
| Supplies-MailPosta | 8/24/2007 | $0.00 | $0.00 | ($0.41) | $184.61 | 476534 | | 7/29/07 | |
| Supplies-MailPosta | 8/24/2007 | $0.00 | $0.00 | ($0.41) | $184.61 | 476848 | | 8/10/07 | |
| Supplies-MailPosta | 8/24/2007 | $0.00 | $0.00 | ($9.15) | $184.61 | 476888 | | 8/7/07 | |
| Supplies-MailPosta | 8/24/2007 | ($0.41) | $0.00 | $0.00 | $184.20 | 477088 | | 8/16/07 | |
| Supplies-MailPosta | 8/24/2007 | ($0.41) | $0.00 | $0.00 | $183.79 | 477386 | | 8/16/07 | |
| Supplies-MailPosta | 8/24/2007 | ($0.41) | $0.00 | $0.00 | $183.38 | 477400 | | 7/29/07 | |
| Supplies-MailPosta | 8/24/2007 | ($0.41) | $0.00 | $0.00 | $182.97 | 477488 | | 8/10/07 | |
| Supplies-MailPosta | 8/24/2007 | ($9.15) | $0.00 | $0.00 | $174.23 | 477513 | | 8/7/07 | |
| Canteen | 8/28/2007 | ($29.02) | $0.00 | $0.00 | $145.21 | 478319 | | | |
| Canteen | 9/4/2007 | $5.99 | $0.00 | $0.00 | $151.20 | 480946 | | | |
| Visit | 9/4/2007 | $20.00 | $0.00 | $0.00 | $171.20 | 481108 | 08628384277-03257 | REFUND | UNK |
| Pay-To | 9/6/2007 | ($13.99) | $0.00 | $0.00 | $157.21 | 482661 | | NINTH ST BOOK SH | |
| Pay-To | 9/7/2007 | ($39.94) | $0.00 | $0.00 | $117.27 | 483334 | | MARVEL SUBSCRIPT | |
| Canteen | 9/11/2007 | ($20.20) | $0.00 | $0.00 | $97.07 | 484622 | | | |
| Mail | 9/13/2007 | $25.00 | $0.00 | $0.00 | $122.07 | 486401 | 56843275907 | | S JONES |
| Canteen | 9/25/2007 | ($11.42) | $0.00 | $0.00 | $110.65 | 490072 | | | |
| Mail | 10/3/2007 | $50.00 | $0.00 | $0.00 | $160.65 | 495340 | 57230870565 | | S JONES |
| Canteen | 10/9/2007 | ($13.39) | $0.00 | $0.00 | $147.26 | 497330 | | | |

## Individual Statement
### From July 2007 to December 2007

| Date Printed: 1/14/2008 | | | | | | | | | Page 2 of 2 |
|---|---|---|---|---|---|---|---|---|---|
| SBI: 00326474 | Last Name: THOMPSON | First Name: DONALD | MI | Suffix | | | Beginning Month Balance: | $171.52 | |
| Current Location: 21 | | Comments: | | | | | Ending Month Balance: | $83.20 | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailPosta | 10/22/2007 | $0.00 | $0.00 | ($0.41) | $147.26 | 503692 | | 10/17/07 | |
| Canteen | 10/23/2007 | ($16.66) | $0.00 | $0.00 | $130.60 | 503984 | | | |
| Medical | 10/25/2007 | $0.00 | ($6.00) | $0.00 | $130.60 | 505688 | | 9/20/07 | |
| Medical | 10/25/2007 | ($6.00) | $0.00 | $0.00 | $124.60 | 505767 | | 9/20/07 | |
| Supplies-MailPosta | 10/25/2007 | ($0.41) | $0.00 | $0.00 | $124.19 | 505831 | | 10/17/07 | |
| Visit | 10/29/2007 | $20.00 | $0.00 | $0.00 | $144.19 | 506241 | 08656662687-05650 | | S JONES |
| Pay-To | 11/2/2007 | ($8.99) | $0.00 | $0.00 | $135.20 | 509184 | | ATOMIC COMICS | |
| Canteen | 11/6/2007 | ($19.65) | $0.00 | $0.00 | $115.55 | 510269 | | | |
| Supplies-MailPosta | 11/15/2007 | $0.00 | $0.00 | ($0.97) | $115.55 | 514926 | | 10/30/07 | |
| Canteen | 11/20/2007 | ($19.16) | $0.00 | $0.00 | $96.39 | 515885 | | | |
| Mail | 11/29/2007 | $30.00 | $0.00 | $0.00 | $126.39 | 519807 | 11711005468 | | S JENKINS |
| Supplies-MailPosta | 11/29/2007 | ($0.97) | $0.00 | $0.00 | $125.42 | 520951 | | 10/30/07 | |
| Canteen | 12/4/2007 | ($20.40) | $0.00 | $0.00 | $105.02 | 523101 | | | |
| Pay-To | 12/14/2007 | ($3.00) | $0.00 | $0.00 | $102.02 | 528075 | | PRISON INDUSTRIE | |
| Canteen | 12/18/2007 | ($18.82) | $0.00 | $0.00 | $83.20 | 528769 | | | |
| Supplies-MailPosta | 12/20/2007 | $0.00 | $0.00 | ($0.41) | $83.20 | 530792 | | 11/28/07 | |
| Supplies-MailPosta | 12/20/2007 | $0.00 | $0.00 | ($0.41) | $83.20 | 530803 | | 12/4/07 | |
| Supplies-MailPosta | 12/20/2007 | $0.00 | $0.00 | ($0.41) | $83.20 | 530837 | | 12/3/07 | |

Ending Month Balance: $83.20

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Legal Hold: $0.00
Total Amount Currently on Restitution Hold: $0.00
Total Amount Currently on Other Hold: $0.00