In The United States District Court
For The District Of Delaware



RECEIVED
APR 7 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Donald J. Thompson
  Plaintiff/Petitioner

v.

Scott E. Kasprenski, et al.
  Defendants/Respondents

Application for Appointment of Counsel

No. 08-195

FILED
APR -7 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

  The petitioner, Donald Thompson, requires counsel b/c his § 1983 claims involve complex legal issues that are difficult to understand and litigate effectively by Pro Se litigants. The plaintiff has documentation and witnesses for all facts alledged in his claim and has shown a reasonable likelyhood of prevailing based on the merits of his claim. The plaintiff requires counsel to deal with the procedural issues that would hinder or defeat an otherwise successful claim by the plaintiff.

  The plaintiff attempted to secure his own counsel but he cannot afford it and b/c of his incarceration, he has been unsuccessful in securing counsel on a contingency basis.

  I declare under penalties of perjury that the above statements are true to the best of my knowledge.

  I understand that if I am assigned a lawyer and my lawyer learns, either from myself or elsewhere, that I can afford a lawyer,

the lawyer may give this information to the Court.

WHEREFORE, the petitioner prays for the Court to appoint counsel for him.

Respectfully Submitted,

*[signature]*

Donald J. Thompson
SBI 326474
1181 Paddock Rd.
Smyrna, DE. 19977

March 31, 2008