08 cv 195 SLR

# DELAWARE CORRECTIONAL CENTER
## SUPPORT SERVICES OFFICE
## MEMORANDUM

TO:   Donald Thompson     SBI#: 320474

FROM:   Stacy Shane, Support Services Secretary

RE:   **6 Months Account Statement**

DATE:   April 24, 2008

FILED
MAY -9 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Attached are copies of your inmate account statement for the months of
October 1, 2007   to   March 31, 2008.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Oct | 143.14 |
| Nov | 114.03 |
| Dec | 96.75 |
| Jan | 107.18 |
| Feb | 82.23 |
| March | 143.63 |

Average daily balances/6 months:  114.49

Attachments
CC:   File

Stacy Shane
4/24/08

Donald Thompson
4/24/08

# Individual Statement
## From October 2007 to December 2007

Page 1 of 1

Date Printed: 4/24/2008

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00326474 | THOMPSON | DONALD | | | | |

Current Location: 23    Comments:

Beginning Month Balance: $110.65
Ending Month Balance: $83.20

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Mail | 10/3/2007 | $50.00 | $0.00 | $0.00 | $160.65 | 495340 | 5723087O565 | 10/17/07 | S JONES |
| Canteen | 10/9/2007 | ($13.39) | $0.00 | $0.00 | $147.26 | 497330 | | | |
| Supplies-MailPosta | 10/22/2007 | $0.00 | $0.00 | ($0.41) | $147.26 | 503692 | | | |
| Canteen | 10/23/2007 | ($16.66) | $0.00 | $0.00 | $130.60 | 503984 | | | |
| Medical | 10/25/2007 | $0.00 | $0.00 | $0.00 | $130.60 | 505688 | | 9/20/07 | |
| Medical | 10/25/2007 | ($6.00) | ($6.00) | $0.00 | $124.60 | 505767 | | 9/20/07 | |
| Supplies-MailPosta | 10/25/2007 | ($0.41) | $0.00 | $0.00 | $124.19 | 505831 | | 10/17/07 | |
| Visit | 10/29/2007 | $20.00 | $0.00 | $0.00 | $144.19 | 506241 | 08656662687-05650 | | S JONES |
| Pay-To | 11/2/2007 | ($8.99) | $0.00 | $0.00 | $135.20 | 509184 | | ATOMIC COMICS | |
| Canteen | 11/6/2007 | ($19.65) | $0.00 | $0.00 | $115.55 | 510269 | | | |
| Supplies-MailPosta | 11/15/2007 | $0.00 | $0.00 | ($0.97) | $115.55 | 514926 | | 10/30/07 | |
| Canteen | 11/20/2007 | ($19.16) | $0.00 | $0.00 | $96.39 | 515885 | | | |
| Mail | 11/29/2007 | $30.00 | $0.00 | $0.00 | $126.39 | 519807 | 11711005468 | 10/30/07 | S JENKINS |
| Supplies-MailPosta | 11/29/2007 | ($0.97) | $0.00 | $0.00 | $125.42 | 520951 | | | |
| Canteen | 12/4/2007 | ($20.40) | $0.00 | $0.00 | $105.02 | 523101 | | | |
| Pay-To | 12/14/2007 | ($3.00) | $0.00 | $0.00 | $102.02 | 528075 | | PRISON INDUSTRIE | |
| Canteen | 12/18/2007 | ($18.82) | $0.00 | $0.00 | $83.20 | 528769 | | 11/28/07 | |
| Supplies-MailPosta | 12/20/2007 | $0.00 | $0.00 | ($0.41) | $83.20 | 530792 | | | |
| Supplies-MailPosta | 12/20/2007 | $0.00 | $0.00 | ($0.41) | $83.20 | 530803 | | 12/4/07 | |
| Supplies-MailPosta | 12/20/2007 | $0.00 | $0.00 | ($0.41) | $83.20 | 530837 | | 12/3/07 | |

Ending Month Balance: $83.20

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Legal Hold: $0.00
Total Amount Currently on Restitution Hold: $0.00
Total Amount Currently on Other Hold: ($0.41)

# Individual Statement
## From January 2008 to March 2008

Page 1 of 2

Date Printed: 4/24/2008

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00326474 | THOMPSON | DONALD | | | Beginning Month Balance: | $83.20 |
| Current Location: | 23 | | | Comments: | Ending Month Balance: | $151.18 |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 1/2/2008 | ($14.03) | $0.00 | $0.00 | $69.17 | 535273 | | | |
| Supplies-MailPosta | 1/3/2008 | $0.00 | $0.00 | ($0.58) | $69.17 | 537243 | | 12/7/07 | |
| Supplies-MailPosta | 1/7/2008 | $0.00 | $0.00 | ($0.41) | $69.17 | 538211 | | 12/13/07 | |
| Supplies-MailPosta | 1/7/2008 | $0.00 | $0.00 | ($0.41) | $69.17 | 538212 | | 12/13/07 | |
| Visit | 1/7/2008 | $80.00 | $0.00 | $0.00 | $149.17 | 538334 | 08818949607-08385 | | S JONES |
| Pay-To | 1/9/2008 | ($22.98) | $0.00 | $0.00 | $126.19 | 539910 | | ATOMIC COMICS | |
| Supplies-MailPosta | 1/9/2008 | ($0.41) | $0.00 | $0.00 | $125.78 | 540435 | | 11/28/07 | |
| Supplies-MailPosta | 1/9/2008 | ($0.41) | $0.00 | $0.00 | $125.37 | 540506 | | 12/4/07 | |
| Supplies-MailPosta | 1/9/2008 | ($0.41) | $0.00 | $0.00 | $124.96 | 540539 | | 12/3/07 | |
| Supplies-MailPosta | 1/9/2008 | ($0.58) | $0.00 | $0.00 | $124.38 | 540681 | | 12/7/07 | |
| Supplies-MailPosta | 1/9/2008 | ($0.41) | $0.00 | $0.00 | $123.97 | 540833 | | 12/13/07 | |
| Supplies-MailPosta | 1/9/2008 | ($0.41) | $0.00 | $0.00 | $123.56 | 540834 | | 12/13/07 | |
| Canteen | 1/15/2008 | ($10.65) | $0.00 | $0.00 | $112.91 | 542432 | | | |
| Supplies-MailPosta | 1/23/2008 | $0.00 | $0.00 | ($1.31) | $112.91 | 545844 | | 1/2/07 | |
| Supplies-MailPosta | 1/23/2008 | $0.00 | $0.00 | ($1.31) | $112.91 | 545845 | | 1/2/08 | |
| Supplies-MailPosta | 1/23/2008 | $0.00 | $0.00 | $1.31 | $112.91 | 546026 | | POSTING ERROR | |
| Pay-To | 1/24/2008 | ($3.50) | $0.00 | $0.00 | $109.41 | 546820 | | PRISON INDUSTRIE | |
| Supplies-MailPosta | 1/29/2008 | $0.00 | $0.00 | ($0.41) | $109.41 | 548262 | | 1/6/08 | |
| Supplies-MailPosta | 1/29/2008 | $0.00 | $0.00 | ($0.41) | $109.41 | 548400 | | 1/14/08 | |
| Canteen | 1/31/2008 | ($37.56) | $0.00 | $0.00 | $71.85 | 549402 | | | |
| Supplies-MailPosta | 2/11/2008 | ($1.31) | $0.00 | $0.00 | $70.54 | 550763 | | 1/2/08 | |
| Supplies-MailPosta | 2/11/2008 | ($1.31) | $0.00 | $0.00 | $69.23 | 550762 | | 1/2/07 | |
| Supplies-MailPosta | 2/11/2008 | $1.31 | $0.00 | $0.00 | $70.54 | 550856 | | POSTING ERROR | |
| Supplies-MailPosta | 2/11/2008 | ($0.41) | $0.00 | $0.00 | $70.13 | 550972 | | 1/6/08 | |
| Supplies-MailPosta | 2/11/2008 | ($0.41) | $0.00 | $0.00 | $69.72 | 551089 | | 1/14/08 | |
| Visit | 2/4/2008 | $30.00 | $0.00 | $0.00 | $99.72 | 551324 | 08818949659-10221 | | S JONES |
| Canteen | 2/5/2008 | $1.72 | $0.00 | $0.00 | $101.44 | 552318 | | REFUND | |
| Canteen | 2/7/2008 | ($19.79) | $0.00 | $0.00 | $81.65 | 553295 | | | |
| Canteen | 2/14/2008 | ($25.99) | $0.00 | $0.00 | $55.66 | 556487 | | | |
| Visit | 2/19/2008 | $60.00 | $0.00 | $0.00 | $115.66 | 557951 | 9252009906-10756 | | H |
| Canteen | 2/21/2008 | ($18.27) | $0.00 | $0.00 | $97.39 | 559842 | | | |

Date Printed: 4/24/2008

# Individual Statement
## From January 2008 to March 2008

Page 2 of 2

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00326474 | THOMPSON | DONALD | | | Beginning Month Balance: | $83.20 |
| Current Location: 23 | | Comments: | | | Ending Month Balance: | $151.18 |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Pay-To | 2/27/2008 | ($24.00) | $0.00 | $0.00 | $73.39 | 562409 | | WIZARD ENT | |
| Canteen | 2/28/2008 | ($6.42) | $0.00 | $0.00 | $66.97 | 562521 | | | |
| Supplies-MailPosta | 2/28/2008 | $0.00 | $0.00 | ($8.57) | $66.97 | 562896 | | | |
| Visit | 3/3/2008 | $20.00 | $0.00 | $0.00 | $86.97 | 564262 | 086413434459-11096 | 1/7/08 | S JONES |
| Supplies-MailPosta | 3/4/2008 | ($8.57) | $0.00 | $0.00 | $78.40 | 565896 | | | |
| Canteen | 3/6/2008 | ($8.76) | $0.00 | $0.00 | $69.64 | 567005 | | 1/7/08 | |
| Mail | 3/7/2008 | $100.00 | $0.00 | $0.00 | $169.64 | 567457 | 5732213282824 | | S JONES |
| Canteen | 3/13/2008 | ($6.85) | $0.00 | $0.00 | $162.79 | 569606 | | | |
| Canteen | 3/20/2008 | ($6.82) | $0.00 | $0.00 | $155.97 | 573504 | | | |
| Supplies-MailPosta | 3/20/2008 | $0.00 | $0.00 | ($0.41) | $155.97 | 573702 | | 3/18/08 | |
| Canteen | 3/27/2008 | ($19.79) | $0.00 | $0.00 | $136.18 | 576116 | | | |
| Mail | 3/27/2008 | $15.00 | $0.00 | $0.00 | $151.18 | 576478 | 5732213309 | | S JONES |

Ending Month Balance: $151.18

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Legal Hold: $0.00
Total Amount Currently on Restitution Hold: $0.00
Total Amount Currently on Other Hold: ($0.41)



United States District Court
In the District of Delaware

Thompson v. Kuorenski, et al.
Case no. 08-cv-195 SLR

Dear District Court,

Here is the account ledger for the past 6 mo. that you requested and my signed consent form for the use of a magistrate judge. Thank-you.

Donald J. Thomoson III
SBI 326474
1181 Paddock Rd
Smyrna, DE. 19977



FILED
MAY -9 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE