IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD JEROME THOMPSON, III., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SCOTT KASPRENSKI, )<br>PHILLIP A. DUNNING, )<br>DONALD PIERCE, )<br>DAVID HOLMAN )<br>THOMAS CARROLL, )<br>DELAWARE CORRECTIONAL )<br>CENTER, and DELAWARE )<br>CORRECTIONAL CENTER )<br>INSURANCE PROVIDER, )<br>)<br>Defendants. ) | Civ. No. 08-195-SLR |

FILED
MAY 21 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**AUTHORIZATION**

I, Donald Jerome Thompson, III., SBI #326474, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $22.90 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated May 14, 2008.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: May ___, 2008

_____
Signature of Plaintiff

Legal Mail

I/M Donald Thompson
SBI# 266474    UNIT 23 C2
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Clerk
United States District Court
844 N. King St. Lockbox 18
Wilmington, DE.
                    19801

UNITED STATES POSTAGE
PITNEY BOWES
$ 00.420
MAY 20 2008
MAILED FROM ZIPCODE 19977
02 1A
0004608975