6·15·2008

To: Clerk of the Court

From: Donald Thompson

Re: Civ. No. 08-195-SLR



FILED

JUN 1 8 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Dear Clerk of the Court,

I have currently complied with all request from the Court involving the lawsuit I have filed including the signing and return of the form authorizing the Court to take money from my inmate account to cover the filing fees. The initial filing fee of $22.90 has already been removed from my account.

I would now like to request the status of my case as well as the motion that I filed requesting appointment of counsel in this matter. Thank You.

Sincerely,

Donald Thompson SBI ####326474
1181 Paddock Rd.
~~XXXXXXXX~~
Smyrna, DE. 19977

I/M Donald Thompson
SBI# 306474   UNIT 23/C6
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

$00.44
MAILED FROM ZIP CODE

Office of the Clerk
United States District Court
844 N. King St. Lockbox 18
Wilmington, DE
19801