OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

June 19, 2008

TO:

Donald Jerome Thompson, III
SBI #326474
Delaware Correctional Center
1181 Paddock Rd.
Smyrna, DE 19977

**RE: STATUS OF CA: 08-195 SLR**

Dear Mr. Thompson:

This is in response to your letter received 6/18/08 requesting the status of your case. Your case is assigned to the Honorable Sue L. Robinson, and is pending before the Court. You will be advised by the Court as to further developments in your case. Please find enclosed a copy of your docket sheet for your review.

I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/dzs

PETER T. DALLEO
CLERK

cc: The Honorable Sue L. Robinson
enc: Docket Sheet